In re ALFA–PET, INC.

No. 01–1365, 90/005,076.

United States Court of Appeals,
Federal Circuit.

May 13, 2002.

Before MAYER, Chief Judge, RADER and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.